**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-00089-swd |
| Rebecca L. Allan<br> *fka* Rebecca L. Senczyszyn | Chapter 13 |
| Debtor. | Judge Scott W. Dales |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                              1-1
Last 4 Digits of Account Number:   1902

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>4849 Greenville Avenue, Suite 800<br>Dallas, TX 75206 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

                    Respectfully Submitted

                    /s/ D. Anthony Sottile
                    D. Anthony Sottile, Esq. (OH 0075101)
                    Jon Lieberman (P79786)
                    Sottile & Barile, Attorneys at Law
                    P.O. Box 476
                    Loveland, OH 45140
                    Phone: 513.444.4100
                    Email: bankruptcy@sottileandbarile.com
                    Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-00089-swd |
| Rebecca L. Allan<br>  *fka* Rebecca L. Senczyszyn | Chapter 13 |
| Debtor. | Judge Scott W. Dales |

## PROOF OF SERVICE

Creditor, Home Point Financial Corporation filed a Notice of Creditor Address Change upon Debtors, Debtors' Counsel and the Chapter 13 Trustee by U.S. Mail or by electronic filing on March 19, 2018 at the addresses listed below:

Rebecca L. Allan, Debtor
13085 Summer Lane
Grand Ledge, MI 48837

Robert J. Kempf, Debtor's Counsel
robertkempf@sbcglobal.net

Barbara P. Foley, Chapter 13 Trustee
ecf@chpt13.com

Dated: March 19, 2018            Respectfully Submitted

                                 /s/ D. Anthony Sottile
                                 D. Anthony Sottile, Esq. (OH 0075101)
                                 Jon Lieberman, Esq. (P79786)