UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                    CASE NO. GL-17-00089
                                                          CHAPTER 13
REBECCA L ALLAN
                                                          JUDGE JOHN T GREGG

DEBTOR                                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, BARBARA P. FOLEY TRUSTEE files this Notice of Final Cure Payment.

**Name of Creditor:** HOME POINT FINANCIAL CORP

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid By Trustee |
|---|---|---|---|---|
| 1 | 1902 | $9,182.33 | $9,182.33 | $9,182.33 |
| Total Amount Paid by Trustee | | | | $9,182.33 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          __  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 4th day of March, 2021.

REBECCA L ALLAN, 13085 SUMMER LN, GRAND LEDGE, MI 48837

ELECTRONIC SERVICE - ROBERT J KEMPF, 913 W HOLMES RD STE 130, LANSING, MI 48910-0411

HOME POINT FINANCIAL CORP, 11511 LUNA RD STE 300, FARMERS BRANCH, TX 75234

SOTTILE & BARILE, ATTORNEYS AT LAW, PO BOX 476, LOVELAND, OH 45140

Date: March 04, 2021

/s/ BARBARA P. FOLEY TRUSTEE
BARBARA P. FOLEY TRUSTEE
Chapter 13 Trustee
PO BOX 51109
KALAMAZOO, MI 49005